# United States Court of Appeals for the Federal Circuit

---

January 26, 2015

**ERRATA**

---

Appeal No. 2014-1114

**BARD PERIPHERAL VASCULAR, INC.,** AND
**DAVID GOLDFARB, M.D.,**
*Plaintiffs-Appellees,*

AND

**C.R. BARD, INC.,**
*Counterclaim Defendant-Appellee,*

**v.**

**W.L. GORE & ASSOCIATES, INC.,**
*Defendant-Appellant.*

Decided: January 13, 2015
Precedential Opinion

---

Please make the following correction:

At page 12 line 25 of the dissenting opinion, the volume number for the Delta-X case was omitted. The full cite is: 984 F.2d 410, 413 (Fed. Cir. 1993).